UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>    v.<br><br>Rene D Torrente, Annette Torrente, North Lake Inc., a California Corporation; and DOES 1-10,<br><br>    Defendants. | Case: 2:14-CV-00241-MCE-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ANNETTE TORRENTE** |

   On February 24, 2014, Plaintiff filed a notice of voluntary dismissal as to Defendant Annette Torrente only.  Having read the foregoing notice and good cause appearing therefore, Defendant Annette Torrente is hereby ordered dismissed without prejudice.

   IT IS SO ORDERED.

Dated:  February 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT