# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, | Case No. 2:14-CV-00241-MCE-EFB |
| Plaintiff, | ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS |
| v. | |
| **RENE D TORRENTE; ANNETTE TORRENTE; NORTH LAKE INC.**, a California Corporation; and Does 1-10, | |
| Defendants | |

Pursuant to the parties' signed stipulation (ECF No. 19), the deadline to file dispositional documents is extended to August 28, 2015.

IT IS SO ORDERED.

Dated: August 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT