# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RENE D TORRENTE;<br>ANNETTE TORRENTE;<br>NORTH LAKE INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | Case No. 2:14-CV-00241-MCE-EFB<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

The Court is in receipt of the parties' stipulation for an extension. ECF No. 21. Pursuant to the Court's previous extension, the parties had until August 28, 2015 to file dispositional documents. ECF No. 20. Good cause appearing, another extension is GRANTED. The parties have until September 30, 2015 to file dispositional documents. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

　　　IT IS SO ORDERED.

Dated: September 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT