UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Rene D Torrente;**
**Annette Torrente;**
**North Lake Inc.**, a California Corporation; and Does 1-10,

    Defendants

Case: 2:14-CV-00241-MCE-EFB

**Order**

    The Court is in receipt of Plaintiff's request to have this matter returned to the Court's active calendar as the parties purportedly have a disagreement regarding the terms of their settlement. Accordingly, this case is hereby re-referred to Magistrate Judge Kendall J. Newman for scheduling of a settlement conference.

    IT IS SO ORDERED.

Dated: October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT