UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

RENE D TORRENTE; ANNETTE TORRENTE; NORTH LAKE INC., a California Corporation; and Does 1-10,

    Defendants.

Case: 2:14-CV-00241-MCE-EFB

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT